expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

## 80 A.3d 372

IN THE MATTER OF KARIM K. ARZADI, AN ATTORNEY AT LAW (ATTORNEY NO. 012581987).

December 5, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–040, concluding that **KARIM K. ARZADI** of **PERTH AMBOY,** who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of six months for violating *RPC* 3.3(a)(1) (knowingly making a false statement of material fact of law to a tribunal), *RPC* 3.3(a)(4) (knowingly offering false evidence), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **KARIM K. ARZADI** is suspended from the practice of law for a period of six months, and until the further Order of the Court, effective January 3, 2014; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.